UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEIL W. BADEJO,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 08-5658-RJB-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Karen L. Strombom. Dkt. 22. The Court has considered the Report and Recommendation, objections, if any, and the record herein.

The Report and Recommendation throughly discusses the facts and law at issue here. Dkt. 22. The Report and Recommendation should be adopted and Plaintiff, not his attorney, should be awarded attorney's fees, costs, and expenses.

Page 1     ORDER

The Court notes that Plaintiff states in his motion, that if his motion was opposed, he would like an opportunity to amend his request for attorney's fees to include time his attorney spent in reply. Dkt. 18, at 2. The amount of the award was not contested by Defendant, but Defendant did argue that Plaintiff, and not his attorney, should be given the award. Dkt. 20. Plaintiff filed a reply, but failed to include a request for additional attorney's fees. Dkt. 21. Accordingly, on the current record, the Court is unable to make a further award of attorney's fees for time Plaintiff's attorney spent on the reply to this motion.

The Court hereby **FINDS** and **ORDERS**:

1) The Report and Recommendation (Dkt. 22) is **ADOPTED**;

2) Plaintiff is **AWARDED** $5,244.58 in attorney's fees, $21.23 in expenses, and $350.00 in costs, made payable to, and mailed directly to, Plaintiff's attorney, Eitan K. Yanich; and

3) The Clerk is directed to send copies of this Order to all attorneys of record and to the Hon. Karen L. Strombom.

DATED this 19th day of October, 2009.

/s/ Robert J. Bryan

Robert J. Bryan
United States District Judge