# United States District Court

WESTERN DISTRICT OF WASHINGTON

NEIL W. BADEJO

          v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5658RJB/KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Report and Recommendation (Dkt. 22) is **ADOPTED**; and

The Plaintiff is **AWARDED** $5,244.58 in attorney's fees, $21.23 in expenses, and $350.00 in costs, made payable and mail directly to, Plaintiff's attorney, Eitan K. Yanich.


  October 21, 2009                                                          BRUCE RIFKIN
Date                                                                        Clerk

                                                                                *s/CM Gonzalez*
                                                                                Deputy Clerk